LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIK TRIMBLE,** individually and on behalf of all others similarly situated, <br><br> Plaintiff(s) <br><br> vs. <br><br> **LIBERTY ACTION GROUP PAC,** et al., <br><br> Defendant. | Case No. 4:16-cv-05041-DMR <br><br> **NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Voluntary Notice of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 8th day of November, 2016.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

1 | Filed electronically on this 8th day of November, 2016, with:

2

3 | United States District Court CM/ECF system

4 | Notification sent electronically via the Court's ECF system to:

5

6 | Honorable Donna M. Ryu
United States District Court

7 | Northern District of California

8 | And sent via mail to:

9

10 | Ari N. Rothman, Esq.
Venable LLP

11 | 575 7th Street, NW

12 | Washington, DC 20004

13 | This 8th day of November, 2016.

14

15 | s/Todd M. Friedman
Todd M. Friedman

16

17

18

19

20

21

22

23

24

25

26

27

28